AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Timothy Scott Flores

*Defendant(s)*

Case No. 6:26-mj- 2083

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2026 in the county of Brevard in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261(a)(1) | Domestic Violence. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

JUSTIN NOWICKI Digitally signed by JUSTIN NOWICKI Date: 2026.09.16 12:03:22 -04'00'

*Complainant's signature*

Justin T. Nowicki, NPS, Law Enforcement Ranger

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/16/26

Leslie Hoffman Price

*Judge's signature*

City and state: Orlando, Florida

Leslie Hoffman Price, U.S. Magistrate Judge

*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:26-mj- 2083**

**COUNTY OF BREVARD**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLIANT

I, Justin T. Nowicki, your affiant, being duly sworn, do hereby depose and state as follows:

## PURPOSE OF AFFIDAVIT AND AFFIANT'S BACKGROUND

1. This affidavit is submitted in support of a Criminal Complaint against Timothy Scott Flores ("FLORES") for a violation of 18 U.S.C. § 2261(a)(1) (Domestic Violence). This affidavit sets forth evidence establishing probable cause that on or about September 15, 2026, in the Middle District of Florida, and in the special maritime and territorial jurisdiction of the United States, FLORES knowingly committed an act of domestic violence against an intimate partner.

2. I am a Law Enforcement Ranger with National Park Service ("NPS"), United States Department of the Interior, and have been so employed since April 2022. Since February 2024, I have been assigned to Canaveral National Seashore, a congressionally established federal park. My duties and responsibilities are to enforce all federal, state, and local laws within the boundaries of the National Seashore.

3. I have received over 750 hours of law enforcement training at the Federal Law Enforcement Training Center. I have participated in and assisted in

investigations of domestic violence. I have also completed a training course on victim case investigations.

4. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with NPS; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. Unless otherwise stated, the information in this affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

## STATUTORY AUTHORITY

5. Pursuant to 18 U.S.C. § 2261(a)(1), a person who travels in interstate or foreign commerce or enters or leaves Indian country or is present within the special maritime and territorial jurisdiction of the United States with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such travel or presence, commits or attempts to commit a crime of violence against that spouse, intimate partner, or dating partner, shall be punished as provided in subsection (b)(5).

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

6. On or about, September 15, 2026, I was preparing for my patrol shift when I was contacted by a visitor who told me that he saw a female being assaulted

in a car near parking lot 12. Parking lot 12 is in the special maritime and territorial jurisdiction of the United States. The witness provided a vehicle description, license plate and description of the victim and suspect.

7. After speaking with the witness, I began to search for the suspect. I found a vehicle matching the description shortly after and conducted a traffic stop. I detained the driver who matched the witness' description. The adult female victim ("Victim 1") was unable to speak due to hyperventilation, but I observed what appeared to be fresh injuries on her face, hand, and wrist. She was transported to an area hospital for medical examination.

8. After speaking to Victim 1 at the hospital, she stated that FLORES had struck her multiple times, both inside of the vehicle and outside while the two were at the beach. Injuries were observed on her face, hands and wrist. Specifically, Victim 1 was observed to have bruising on her face, bruising on her wrist and a broken nail that was bleeding on her right hand. Victim 1 stated that this was not her first time being assaulted by FLORES and they have been dating for approximately 1 ½ years.

## CONCLUSION

9. Based on the foregoing, I submit that there is probable cause that on or about September 16, 2026, in the Middle District of Florida, and in the special maritime and territorial jurisdiction of the United States, FLORES with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such travel or presence, commits or attempts to

commit a crime of violence against that spouse, intimate partner, or dating partner, shall be punished as provided in subsection (b).

Respectfully submitted,

JUSTIN NOWICKI Digitally signed by JUSTIN NOWICKI Date: 2026.09.16 12:04:33 -04'00'

Justin T. Nowicki
National Park Service
Law Enforcement Ranger

Affidavit submitted by email and attested to me as true and accurate electronic conference, consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me this 16th day of September 2026.

Leslie Hoffman Price

HON. LESLIE HOFFMAN PRICE
United States Magistrate Judge